6980.   COOPER *v.* PARKS.

WADE, J.   No error of law being complained of, and the evidence being sufficient to support the verdict of the jury, this court will not disturb the judgment of the superior court approving their finding.

*Judgment affirmed.*

DECIDED MARCH 24, 1916.

Certiorari; from Morgan superior court—Judge Park.   September 14, 1915.

*M. C. Few,* for plaintiff in error.

*Williford & Lambert,* contra.